United States District Court      Southern District of Texas

| | | |
|---|---|---|
| Charles Everrett Lee Sanders, | § § | |
| v. | § § | Civil Action No. 4:17-cv-03509 |
| Lorie Davis. | § | |

## Order of Adoption

On June 18, 2018, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation. (30). No objections have been filed. After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. Sander's motion for new trial and motion to consider exhibits and testimony are denied. His petition for writ of habeas corpus is denied with prejudice. A certificate of appealability will not issue.

Signed _July 10_, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge